Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
Northern District of California
_____ Division

FILED
APR 02 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

Brent Shipp, Eric DeGuzman
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Mayor Libby Schaaf, Joe DeVrio,
Dept of Public Works, City of Oakland,
_____
Defendant(s) Does 1 thru 10
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. C19-1709 JST
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Brent Shipp, Eric De Guzman
Address: residence: E12 & 14th Ave   mailing: 4799 Shattuck Ave
Oakland, CA 94609
County: Alameda
Telephone Number: 415-746-0824, 510-938-5038, 510.355.7010
E-Mail Address: popeye1977342@aol.com, eric maowunyo@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Mayor Libby Schaaf
Job or Title: Mayor of Oakland
Address: Office of the mayor@oaklandnet.com
Oakland, CA 94612
County: Alameda
Telephone Number: 510-238-3141
E-Mail Address: officeofthemayor@oaklandnet.com
[ ] Individual capacity   [X] Official capacity

Defendant No. 2
Name: Joe DeVries
Job or Title: Asst to Administrator
Address: 1 Frank Ogawa Plaza, 3rd Floor
Oaklnd, CA 94612
County: Alameda
Telephone Number: 510-238-3083
E-Mail Address: jdevries@oaklandnet.com
[ ] Individual capacity   [X] Official capacity

Page 2 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
Name: Dept. of Public Works
Job or Title (if known):
Address: 250 Frank Ogawa Plaza
City: Oakland   State: CA   Zip Code: 94612
County: Alameda
Telephone Number: 510-615-5566
E-Mail Address (if known):

☐ Individual capacity   ☒ Official capacity

Defendant No. 4
Name: The City of Oakland
Job or Title (if known): a subsidy of the state of California
Address: 1 Frank Ogawa Plaza
City: Oakland   State: CA   Zip Code: 94612
County: Alameda
Telephone Number: 510-444-2489
E-Mail Address (if known):

☐ Individual capacity   ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8th Ammendment, 4th Ammendment, 14th Ammendment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. The city has "acted" under color of law" by using their power in an abusive way. They are not acting as public servants, they are using their power & authority to oppress us, abuse us & traumatize us. We have right under the "Constitution" & they are using their power & priveledge to ~~tata~~ violate our rights & protections. The city has

III. **Statement of Claim** done this to us repeatedly.

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

after repeated evictions from encampments & Tuff shads we have recieved yet another eviction on 3/29/19 at noon. We are scheduled to be evictioned again 4/3/2019

B. What date and approximate time did the events giving rise to your claim(s) occur?

Oakland, CA

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1st eviction of E12 & 10th: Nov 2017
2nd eviction from E12 & 23rd Jan 31 2019
3rd eviction from Miller Ave Tuff Sheds ~~monthly~~ Feb 2019
4th ~~an~~ threat of eviction:
We are tired of being evicted over & over. We are tired of our property being thrown out; we are tired of being knocked down over & over; we are tired of our civil Rights being violated

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

These eviction cause us depression, anxiety, trauma, stress. We go thru emotional & mental distress. We loose important paperwork, family photos, medication, ID's & personal property at every eviction which negatively impacts our ability to find employment, keep employment, maintain our health, maintain our stability & comfort in these streets.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

We want the City of Oakland to stop evicting us & shuffling us around until they have safe, dignified, permanent housing for us. If they can't house us they must leave us alone.

Also In the case of evictions, we want the City of Oakland to follow their so called policy and stop throwing away people's belongings. Public works should do the job they are paid to do & bag, tag & store our belongings for 90 days. And make retrieving our belongings accessible.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/2/19

Signature of Plaintiff: *eric deguzman*    *Brent Shipp*
Printed Name of Plaintiff: *eric deguzman*    *Brent Shipp*

### B. For Attorneys

Date of signing: _____

Signature of Attorney    _____
Printed Name of Attorney _____
Bar Number               _____
Name of Law Firm         _____
Address                  _____
                         _____
                         City                State           Zip Code
Telephone Number         _____
E-mail Address           _____